

# NUMBER 13-22-00230-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

RAUL LOPEZ,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.

### On appeal from the 93th District Court
### of Hidalgo County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

Appellant, Raul Lopez, filed a notice of appeal with this Court attempting to appeal the trial court's final judgments in cause number CR-1762-18-B. The trial court clerk is required to provide a copy of the certification of the defendant's right of appeal to this Court. TEX. R. APP. P. 25.2(e). On June 27, 2022, the Clerk of the Court sent a request for the status of the certificate to the trial court and trial court clerk. Upon review of the

supplemental clerk's record filed on July 7, 2022, the district clerk has not received a copy of the certification of defendant's right of appeal.

Accordingly, this matter is abated and remanded to the trial court. On remand, if a trial court certification has been entered, the trial court shall cause the certificate to be filed in a supplemental clerk's record within five days of this order. However, if a trial court certification has not been signed and entered, the trial court shall immediately issue notice of a hearing and accordingly conduct a hearing addressing the foregoing matter. We further direct that, after conducting the hearing, the trial court certify whether appellant has the right of appeal and shall cause such certification to be filed with the clerk of the court within thirty days of this order. Should the trial court require more time to comply with the directions of this Court, it shall request an extension prior to the expiration of this deadline.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
13th day of July, 2022.